

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00809-CV

**IN THE INTEREST OF G.A.**, a Child

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1078-CV
Honorable Linda Z. Jones, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against the parties who incurred them.

SIGNED January 8, 2014.

_____
Rebeca C. Martinez, Justice